UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEROME SUEING,

     Petitioner,                            Case No. 1:09-cv-479

v                                          HON. JANET T. NEFF

KENNETH MCKEE,

     Respondent.

_____/


**<u>FINAL ORDER</u>**


In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Motion to Add Additional Supplemental Authorities (Dkt 4) is GRANTED.

**IT IS FURTHER ORDERED** that the objections (Dkts 3, 4) are DENIED, and the Report and Recommendation of the Magistrate Judge (Dkt 2) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: November 17, 2009                  _/s/ Janet T. Neff_____
                                      JANET T. NEFF
                                      United States District Judge